914

No. 71–5423. MOSES ET AL. *v.* WASHINGTON. Sup. Ct. Wash. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 71–982. HALL, SECRETARY OF HUMAN RELATIONS AGENCY, ET AL. *v.* VILLA ET AL. Sup. Ct. Cal. Motion of Attorney General of California for accelerated consideration of petition and to postpone oral argument in No. 70–5064 [*Jefferson* v. *Hackney,* probable jurisdiction noted. 404 U. S. 820] denied.

No. 71–5078. PETERS *v.* KIFF, WARDEN. C. A. 5th Cir. [Certiorari granted, 404 U. S. 964.] Motion of NAACP Legal Defense & Educational Fund, Inc., for leave to file a brief as *amicus curiae* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 71–5255. BARKER *v.* WINGO, WARDEN. C. A. 6th Cir. [Certiorari granted, 404 U. S. 1037.] Motion of J. Chester Porter, Esquire, for leave to permit James E. Milliman, Esquire, to argue orally *pro hac vice* on behalf of petitioner granted.

No. 71–5677. JUSTICE *v.* UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. Motion for leave to file and petition for writ of habeas corpus denied.

No. 71–5582. GERARDI *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 71–666. UNITED STATES *v.* GLAXO GROUP LTD. ET AL. Appeal from D. C. D. C. Probable jurisdiction noted.